

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00303-CR

———————————————

CHRISTOPHER CODY RODRIGUEZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. CR15193

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has moved to dismiss his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 14, 2024